# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON FARROW, | ) | |
| | ) | |
| v. | ) | Civil No. 20-329 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## **OPINION**

This case was referred to a United States magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D. The case is related to Criminal No. 10-224.

Counsel for Aaron Farrow filed a habeas corpus petition pursuant to 28 U.S.C. § 2241, contending that the Bureau of Prisons did not accurately calculate the credit he received for time in custody. On April 8, 2020, the magistrate judge filed a Report and Recommendation ("R&R") recommending that this habeas action be transferred forthwith to the United States District Court for the Eastern District of Virginia, because he is serving his prison sentence at FCI Petersburg Low, which is located within the territorial boundaries of that court. (ECF No. 4).

The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2, objections to the R&R must be filed by April 22, 2020, and that failure to file timely objections would constitute a waiver of appellate rights. No timely objections were filed.

Even if no objections are filed, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."

1

Fed. R. Civ. P. 72(b), advisory committee notes; *see also McClain v. Pennsylvania Department of Corrections*, No. 1:19-CV-1951, 2020 WL 1690081, at *1 (M.D. Pa. Apr. 7, 2020); *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the R&R for clear error).

Following an independent review of the record, the court is satisfied that the R&R contains no clear error and will therefore accept the recommendation of the magistrate judge and adopt the R&R as the opinion of the court. Civil Action No. 20-329 will be transferred forthwith to the United States District Court for the Eastern District of Virginia.

An appropriate Order will be entered.

BY THE COURT:

Dated: April 24, 2020            /s/ *Joy Flowers Conti*
                                 Joy Flowers Conti
                                 Senior United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AARON FARROW, ) | |
| ) | |
| v. ) | Civil No. 20-329 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant ) | |
| ) | |

**ORDER**

And now this 24th day of April, 2020, in accordance with the opinion, it is hereby ORDERED that the magistrate judge's Report and Recommendation (ECF No. 4), to which no objections were filed, is adopted as the opinion of this court. It is further ORDERED that Civil Action No. 20-329 shall be transferred forthwith to the United States District Court for the Eastern District of Virginia.

BY THE COURT:

/s/ *Joy Flowers Conti*
Joy Flowers Conti
Senior United States District Court Judge